TO BE PUBLISHED

# Supreme Court of Kentucky

## 2016-SC-000238-KB

JOHN KNOX BENINTENDI                                                    MOVANT
KBA MEMBER NO. 86671


V.                              IN SUPREME COURT


KENTUCKY BAR ASSOCIATION                                          RESPONDENT


## OPINION AND ORDER


Applicant, John Knox Benintendi, was admitted to the practice of law in the state of Ohio on November 14, 1994, and in the Commonwealth of Kentucky on May 1, 1997. His bar roster address is 3374 Indian Court, Hamilton, OH 45011, and his Kentucky Bar Association (KBA) Member Number is 86671. He withdrew from the KBA on August 14, 2003, pursuant to an Order of the Supreme Court of Kentucky. On October 22, 2015, Movant applied for restoration of his license to practice law in Kentucky.

Applicant has maintained his license to practice law in the State of Ohio since his admission to the Ohio Bar Association. Chief Bar Counsel of the KBA reported that the Applicant has no disciplinary actions filed against him and that he has not been the subject of any claims against the Client Security Fund. In addition, the Director of Continuing Legal Education of the KBA

certified that Applicant obtained the maximum number of CLE credits required for restoration under SCR 3.685. Applicant submitted Affidavits from three practicing attorneys in the Commonwealth who all attested to Applicant's character and supported his restoration. Applicant paid all requisite application fees and posted a bond in the amount of $2,500.00. Pursuant to SCR 3.500(3), Applicant's Application for Restoration was submitted to the Character and Fitness Committee which found that Applicant conducted himself appropriately and engaged in no conduct which would disqualify him for readmission.

The Board of Governors reviewed the entire record, including the matters leading up to Applicant's withdrawal from the practice of law; the subsequent events; the findings of the Character and Fitness Committee; the position of Bar Counsel; and the record of the case. The Board also considered the standards of restoration set out by the Supreme Court of Kentucky, the requirements of SCR 2.300 and SCR 3.500, and has unanimously determined that the applicant has satisfied all applicable standards. The Board concluded by recommending that the Applicant's Application for Restoration to the KBA be approved pursuant to SCR 3.500. The Board further concluded that the Applicant meets the requirements of SCR 3.500(3)(e) and may be admitted without examination.

Having reviewed the Board's recommendation and the record, we adopt the Board's Recommendation that the Applicant's Application for Restoration to the KBA be approved. The costs incurred by the Applicant total $1,221.50.

2

ACCORDINGLY, IT IS ORDERED that John Knox Benintendi, KBA Member Number 86671, is restored to membership in the KBA and to the practice of law in this Commonwealth. The KBA is ordered to refund any funds remaining in Mr. Benintendi's bond account in excess of $1,221.50.

All sitting. All concur.

ENTERED: August 25, 2016.

_____
CHIEF JUSTICE